UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANTHONY W. HALL,

                              Plaintiff,

                                                          JUDGMENT
                                                          19-cv-7176 (ENV)

              v.

HON. CHERYL J. GONZALES; HON.
CAROLYN WALKER DIALO; JOSEPH
MINOGUE; ED HALL; BALSAMO &
ROSENBLATT; ILEANA RIVERA; MAZAL
MAPL NABC 20 18 LLC; ARSEN YAKUBOV;
DEBORAH M. MARSHALL; TOBY WELLS;
SPECIALIZED LOAN SERVICING; SYLVIA G.
ASH; MARK I. PARTNOW; HON. JANET
DIFIORE; FRENKEL LAMBERT WEISS
WEISMAN & GORDON; CHARLES W. SCARF;
BANK OF NEW YORK MELLON,

                              Defendants.
------------------------------------------------------------- X

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge,

having been filed on January 13, 2020, dismissing the complaint without prejudice for lack of

subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S. C. § 1915 (

a)(3) that any *in forma pauperis* appeal from this order would not be taken in good faith,

*Coppedge v. United States,* 369 U.S. 438, 444-45, 82 S. Ct. 917, 920, 8 L. Ed. 2d 21 (1962); it is

ORDERED and ADJUDGED that the complaint is dismissed without prejudice for lack

of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); that pursuant to 28 U.S. C. § 1915 ( a)(3)

that any *in forma pauperis* appeal from this order would not be taken in good faith, *Coppedge v.*

*United States,* 369 U.S. 438, 444-45, 82 S. Ct. 917, 920, 8 L. Ed. 2d 21 (1962).

Dated: Brooklyn, NY
     January 14, 2020

Douglas C. Palmer
Clerk of Court

By:    /s/*Jalitza Poveda*
       Deputy Clerk